1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | ROBERT W. RAINWATER, #67212
Assistant Federal Defender
3 | 2300 Tulare Street, Suite 330
Fresno, California 93721
4 | Telephone: (559) 487-5561

5 | Attorney for Defendant
JAN ANTHONY BORRA

6

7

8 | IN THE UNITED STATES DISTRICT COURT FOR THE

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )    No. 1:02cr05468 AWI
   |                              )
12 |                  *Plaintiff*, )    STIPULATION ON REMAND TO OPT OUT OF
   |                              )    RESENTENCING UNDER *UNITED STATES*
13 |            v.                )    *v. AMELINE* AND ORDER
   |                              )
14 | JAN ANTHONY BORRA,            )
   |                              )    Judge: Honorable Anthony W. Ishii
15 |                  *Defendant*. )
   |                              )
16

17 | WHEREAS the Ninth Circuit Court of Appeal has issued its memorandum opinion in the *United*

18 | *States v. Jan Anthony Borra*, No. 03-10374, attached hereto as Exhibit "A," which remanded the case back

19 | to this court for a limited remand under *United States v. Ameline*, 409 F.3d 1073, 1084-85, the parties wish

20 | to enter into the following stipulation:

21 | The parties hereto through their respective counsel, United States of America, through its

22 | representative, Mark E. Cullers, Assistant United States Attorney, and the defendant, Jan Anthony Borra,

23 | and his attorney, Assistant Federal Defender Robert W. Rainwater, hereby stipulate to the following:

24 | 1. On issuance of the mandate in the above entitled matter the defendant, Jan Anthony Borra, does

25 | not wish to pursue resentencing and under the holding in *Ameline, supra* at 1084, elects to opt out of

26 | resentencing by the district court. Counsel for Mr. Borra has spoken with him in person and this is his

27 | request. Mr. Borra has currently finished his term of imprisonment and is living in Fresno. In light of the

28

fact that he has been released from custody Mr. Borra does not believe that a resentencing will effect his sentence and therefore request that a new hearing not be held.

    2. Both parties agree that the district court should allow Mr. Borra to opt out of a resentencing hearing. Mr. Borra's sentence would remain as previously imposed. All other terms of the judgement and sentence shall remain the same.

    McGREGOR W. SCOTT
    United States Attorney

Dated: February 27, 2007    By    /s/ Mark E. Cullers
    Mark E. Cullers
    Assistant U. S. Attorney
    Attorney for Plaintiff

    DANIEL J. BRODERICK
    Federal Defender

Dated: February 27, 2007    By    /s/ Robert W. Rainwater
    ROBERT W. RAINWATER
    Assistant Federal Defender
    Counsel for Defendant
    JAN ANTHONY BORRA

**ORDER**

IT IS SO ORDERED.

**Dated:   February 28, 2007**    /s/ **Anthony W. Ishii**
0m8i78    UNITED STATES DISTRICT JUDGE

Borra - Stipulation On Remand To
Opt Out Of Resentencing    2